FILED
AUG 1 1 2015
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

UNITED STATES OF AMERICA

Plaintiff

v.

MICHAEL Z. PRESTON,

Defendant.

CR 15-50097

INDICTMENT

Attempted Commercial Sex Trafficking of Children (18 U.S.C. §§ 1591(a)(1), 1591(b)(2), and 1594(a))

Attempted Enticement of a Minor Using the Internet (18 U.S.C. § 2422(b))

The Grand Jury charges:

COUNT I

On or about between August 4, 2015, and August 6, 2015, in the District of South Dakota, in and affecting interstate commerce, the defendant, Michael Z. Preston, did knowingly attempt to recruit, entice, obtain, patronize and solicit, a person who had attained the age of 14 years but had not attained the age of 16 years, knowing and in reckless disregard that the person was a minor and would be caused to engage in a commercial sex act, all in violation of 18 U.S.C. §§ 1591(a)(1), 1591(b)(2) and 1594(a).

COUNT II

On or about between August 4, 2015, and August 6, 2015, in the District of South Dakota, the defendant, Michael Z. Preston, did use a facility and means of interstate commerce, that is, a cellular phone and computer attached to the Internet, to attempt to knowingly persuade, induce, entice, and coerce

an individual who had not yet attained 18 years of age to engage in sexual activity for which the defendant could be charged with a criminal offense, namely, rape in the fourth degree, in violation of South Dakota Codified Law §§ 22-22-1(5), all in violation of 18 U.S.C. § 2422(b).

A TRUE BILL:
NAME REDACTED

_______________________
Foreperson

RANDOLPH J. SEILER
ACTING UNITED STATES ATTORNEY

By: _______________________